429 A.2d 92

Commonwealth v. Strothers, Appellant.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania is sitting by designation.

610

 Submitted December 6, 1979. Ronald F. O'Driscoll, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM, and ROBERTS, JJ.*

Judgment of sentence affirmed.